COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON
## ORDER ON MOTION FOR REHEARING EN BANC


Cause number:  01-18-01049-CV

Style:        *Mosaic Baybrook One, L.P., Mosaic Baybrook Two, L.P., and Mosaic Residential, Inc. v. Paul Simien*

Type of motion:    Motion for rehearing

Party filing motion:      Appellants

       IT IS ORDERED that the motion for rehearing en banc is **denied**.

Judge's signature:  ____/s/ Gordon Goodman____

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  <u>December 31, 2020</u>